222

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. COMMERCIAL CAS-
UALTY INSURANCE CO., Respondent.

No. 8055.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 5, 1942.

Decided Oct. 31, 1942.

Bernard Chertcoff, Sp. Asst. to Atty.
Gen. (Samuel O. Clark, Jr., Asst. Atty.
Gen., Sewall Key, Sp. Asst. to Atty. Gen.,
Archibald Cox, Atty., on the brief), for pe-
titioner.

Chester W. Fairlie, of Newark, N. J.
(Lum, Fairlie & Wachenfeld and Ernest
C. Lum, all of Newark, N. J., on the brief),
for respondent.

Before BIGGS, MARIS, and JONES,
Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Ap-
peals is affirmed.

BISHOP & BABCOCK MANUFACTURING
CO., Petitioner, v. COMMISSIONER OF
INTERNAL REVENUE, Respondent.

No. 9221.

Circuit Court of Appeals, Sixth Circuit.

Oct. 16, 1942.

John T. Scott, Robert W. Wheeler, and
M. B. & H. H. Johnson, all of Cleveland,
Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel,
Sewall Key, John W. Smith, Gerald L.
Wallace, and Maryhelen Wigle, all of
Washington, D. C., for respondent.

Before SIMONS, MARTIN, and Mc-
ALLISTER, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and rec-
ord in this cause and the oral argument
of counsel, it is ordered that the decision of
the Board of Tax Appeals in the above
cause be and it is hereby affirmed upon

authority of Warren Telephone Co. v.
Commissioner, 6 Cir., 128 F.2d 503, decided
June 2, 1942, and Metal Specialty Co. v.
Commissioner, 6 Cir., 128 F.2d 259.

Walter J. ROTHENSIES, Collector, Appel-
lant, v. Curtis BOK, Plaintiff-
Appellee.

No. 8104.

Circuit Court of Appeals, Third Circuit.

Argued Nov. 4, 1942.

Decided Nov. 12, 1942.

Willard H. Pedrick, of Washington, D.
C. (Samuel O. Clark, Jr., Asst. Atty. Gen.,
and Sewall Key, Gerald L. Wallace, and
Edward First, Sp. Assts. to Atty. Gen., and
Gerald A. Gleeson, U. S. Atty., and Thom-
as J. Curtin, Asst. U. S. Atty., both of
Philadelphia, Pa., on the brief), for appel-
lant.

Kenneth W. Gemmill, of Philadelphia,
Pa. (Barnes, Dechert, Price & Smith, of
Philadelphia, Pa., on the brief), for ap-
pellee.

Before BIGGS, MARIS, and GOOD-
RICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is af-
firmed upon the opinion of Judge Bard
reported in D. C., 43 F.Supp. at page 377.